UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QARI SAAD IQBAL, Detainee,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06cv01674 (RMC) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ENTRY OF APPEARANCE**

The Clerk will please note the Entry of Appearance for Defendant Qari Saad Iqbal in this matter by:

    Richard L. Cys (DC Bar No. 087536)
    Davis Wright Tremaine LLP
    1500 K Street, NW, Suite 450
    Washington, DC  20005-1272

    James P. Walsh (DC Bar No. 930115)
    Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
    San Francisco, CA  94111-6533

Counsel for Petitioner hereby certify, pursuant to L.Civ.R. 83.2(g), that they are representing Petitioner without compensation.

DATED this 3rd day of November, 2006.

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                _____/s/_____
                Richard L. Cys (DC Bar No. 087536)
                1500 K Street, NW, Suite 450
                Washington, DC  20005-1272
                Tel:  (202) 508-6617
                Fax:  (202) 508-6699

- 2 -

        James P. Walsh (DC Bar No. 930115)
        505 Montgomery Street, Suite 800
        San Francisco, CA  94111-6533
        Tel:  (415) 276-6556
        Fax:  (415) 276-6599

        Counsel for Petitioner

        *Of Counsel*
        Michael Ratner
        William Goodman
        Gitanjali S. Gutierrez
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, NY  10012

**CERTIFICATE OF SERVICE**

      I, Richard L. Cys, hereby certify at on this 3rd day of November, 2006, I caused copies of the foregoing Notice of Appearance to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By email to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov


        /s/
Richard L. Cys