**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Rear Adm. Harry B. Harris, Jr
Commander, Joint Task Force – GTMO
JTF – GTMO
APO AE 09360

Civil Action, File Number __06-1674   RMC__

__Qari Saed Iqbal, et al__
                                    V.
__George W. Bush, et al__

---

06-1674   12-7-06

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Rear Adm. Harry B. Harris, Jr
Commander, JTF-GTMO
APO AE 09360

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  12/15/06
D. Is delivery address different from item 1?  ☐ Yes   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 8557

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

...vil Procedure.

...URN COPIES 1 AND 2 to the sender within

...If you are served on behalf of a corporation, our signature your relationship to that entity. If ...t indicate under your signature your authority.

...days, you (or the party on whose behalf you nplaint in any other manner permitted by law.

...behalf you are being served) must answer the nt by default will be taken against you for the

...ipt of Summons and Complaint By Mail was

_____ SMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

**RECEIVED**
DEC 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)