UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QARI SAAD IQBAL, Detainee,**           ) | |
|                                                                      ) | |
|     **Petitioner/Plaintiff,**                           ) | |
|                                                                      ) | |
|     v.                                                           ) | Case No. 1:06cv01674 (RMC) |
|                                                                      ) | |
| **GEORGE W. BUSH, et al.,**                  ) | |
|                                                                      ) | |
|     **Respondents/Defendants.**            ) | |
|                                                                      ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Petitioner Qari Saad Iqbal ("Iqbal") ("Petitioner"), a prisoner of the United States held at Guantánamo, respectfully requests that the time for filing a reply to Respondents' Response to Orders to Show Cause and Motion to Dismiss Petitions for Want of Jurisdiction or, in the Alternative, to Transfer Petitions to the United States Court of Appeals for the District of Columbia Circuit, filed December 22, 2006, be extended from January 5, 2007 to February 12, 2007. This additional time is required to coordinate the opposition with the position of other detainees, as well as the press of other business and other commitments of undersigned counsel. Counsel for Respondents has represented that he does not oppose this request.

For these reasons, Iqbal respectfully requests, without opposition, that the time for filing his reply be extended from January 5, 2007 until February 12, 2007.

Dated: January 3, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

      /s/
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC 20005-1272
Tel: (202) 508-6617
Fax: (202) 508-6699

- 2 -

        James P. Walsh (DC Bar No. 930115)
        One Embarcadero Center, Ste. 600
        San Francisco, CA  94111-3611
        Tel:  (415) 276-6556
        Fax:  (415) 276-6599

        Counsel for Petitioner

        *Of Counsel*
        Michael Ratner
        William Goodman
        Gitanjali S. Gutierrez
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, NY  10012


APPROVED AND SO ORDERED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify that on this 3rd day of January, 2007, I caused copies of the foregoing Consent Motion for Extension of Time to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Jeffrey A. Taylor
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Robert M. Gates
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By email to:*

Nicholas A. Oldham
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20530
e-mail:  Nicholas.Oldham@usdoj.gov

                                              /s/
                                       Richard L. Cys