# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QARI SAAD IQBAL, Detainee, | ) |
| Petitioner/Plaintiff, | ) |
| v. | ) Case No. 1:06cv01674 (RMC) |
| GEORGE W. BUSH, et al., | ) |
| Respondents/Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Petitioner Qari Saad Iqbal ("Iqbal") ("Petitioner"), a prisoner of the United States held at Guantánamo, respectfully requests that this case be dismissed without prejudice. The government consents to dismissal, but reserves its position on whether it should be without prejudice.

Respondents have represented that they have identified Petitioner Iqbal in this case "as the same person as named petitioners" Muhammed Saad Iqbal Madni" and "Said Madany" in *Al Halmandy v. Bush*, No. 05-cv-2385 (D.D.C. (RMU).[1] Based upon this representation which Petitioner accepts, Petitioner requests that this Court dismiss this later filed case without prejudice.

---

[1] Respondents' Response to Orders to Show Cause and Motion to Dismiss Petitions for Want of Jurisdiction or, In the Alternative, to Transfer Petitions to the United States Court of Appeals for the District of Columbia Circuit, filed in this case, *Iqbal v. Bush*, 06-cv-1674 (RMC) at 3, n.1.

Dated: February 1, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/_____
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
505 Montgomery Street, Suite 800
San Francisco, California  94111
Tel:  (415) 276-6556
Fax:  (415) 276-6599

Counsel for Petitioner

*Of Counsel:*

J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6423
Fax:  (212) 614-6499

APPROVED AND ORDERED that this case is hereby dismissed without prejudice:

_____
Rosemary M. Collier
United States District Judge

**CERTIFICATE OF SERVICE**

        I, Richard L. Cys, hereby certify that on this 1st day of February, 2007, I caused copies of the foregoing Notice of Voluntary Dismissal Without Prejudice to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Jeffrey A. Taylor
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Robert M. Gates
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By email to:*

Nicholas A. Oldham
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20530
e-mail:  Nicholas.Oldham@usdoj.gov

                                                    /s/
                                                Richard L. Cys